UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20339

GABRIEL BEATO,

    Plaintiff,

vs.

ELITE POWER NUTRITION, LLC, and
DAVID MARTINEZ,

    Defendants,
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    ELITE POWER NUTRITION, LLC
        c/o Miguel A. Hernandez, its Registered Agent
        8500 West Flagler St., Ste B-208
        Miami , FL 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        7300 N. Kendall Drive
        Suite 450
        Miami, FL 33156
        Tel:   (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 24, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-20339

GABRIEL BEATO,

    Plaintiff,

vs.

ELITE POWER NUTRITION, LLC, and
DAVID MARTINEZ,

    Defendants,
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    David Martinez
        5252 Paseo Blvd.
        Unit 2104
        Doral, FL  33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        7300 N. Kendall Drive
        Suite 450
        Miami, FL 33156
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 24, 2019

Angela E. Noble
Clerk of Court



**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts